JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY B. SCHENK (CASBN 234355)
Assistant United States Attorney

    150 Almaden Boulevard
    San Jose, California 95113
    Telephone: (408) 535-2695
    Facsimile:  (408) 535-5066
    Email: jeffrey.b.schenk@usdoj.gov

Attorneys for the United States of America

FILED
JUL - 9 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 09-00602-RMW |
|---|---|
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM JUNE 30, 2009 TO JULY 27, 2009 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| BILL CONRAD, | |
| Defendant. | |

    On June 30, 2009, the parties appeared for a hearing before the Magistrate Court. At that hearing, the government and defense requested an exclusion of time under the Speedy Trial Act based upon the defense counsel's need to effectively prepare by reviewing discovery materials submitted by the government. At that time, the Magistrate Court set the matter for a hearing on July 27, 2009.

    The parties stipulate that the time between June 30, 2009 and July 27, 2009 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree that the

1

1  ends of justice served by granting the requested continuance outweigh the best interest of the
2  public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18
3  U.S.C. §3161(h)(8)(A).

5  DATED: June 30, 2009                    JOSEPH P. RUSSONIELLO
                                            United States Attorney

7                                           _____/s/_____
                                            JEFFREY B. SCHENK
8                                           Assistant United States Attorney

10                                          _____/s/_____
                                            RICHARD POINTER
11                                          Attorney for Defendant

## ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between June 30, 2009 and July 27, 2009 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED: 7/9/09

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE