Richard P. Pointer Esq., SBN;  86630
Hinkle, Jachimowicz, Pointer & Emanuel
2007 W. Hedding St. Suite 100
San Jose, CA 95128
Telephone:    408-246-5500
Facsimile:    408-246-1051

Attorney for Defendant                          *E-FILED - 12/23/09*
BILL CONRAD

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-09-09-00602 (RMW) |
| Plaintiff, | ) |
| | ) STIPULATION AND [] |
| | ) ORDER TO CONTINUE THE |
| vs. | ) JANUARY 4, 2009 STATUS CONFERENCE |
| | ) AND EXCLUDE TIME |
| BILL CONRAD, | ) |
| | ) |
| Defendant | ) |
| | ) |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Jeffrey Schenk, counsel for plaintiff, and Richard P. Pointer, counsel for defendant, Bill Conrad  in the above mentioned case, that the status conference now scheduled for January 4, 2010 at 9:00 a.m., is continued to February 1, 2010, at 9:00 a.m., or as soon thereafter as is convenient to the Court.

It is agreed between the parties that the following reasons exist for this stipulation:

(1) Defendant is attempting to acquire funds to pay restitution which would result in resolving this matter.

No party objects to the requested continuance.

1    IT IS FURTHER STIPULATED that the time for trial under the Speedy Trial Act

2  continue to be excluded from January 4, 2010,  through February 1, 2010, pursuant to 18 U.S.C.

3  section 3161(h)(8) (A) and (B)(ii) and (iv), Local Codes T-2 and T-4.

4    IT IS SO STIPULATED.

5
   Dated: December 18, 2009                    ____/s/_____
6                                              JEFFREY SCHENK
                                               Counsel for Plaintiff
7

8
   Dated: December 18, 2009                    _____/s/_____
9                                              RICHARD P. POINTER
                                               Counsel for BILL CONRAD
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
Telephone:     (408) 246-5500
Facsimile:     (408) 246-1051

Attorneys for Defendant
**BILL CONRAD**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **NO: CR-09-00602 RMW** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER CONTINUING** |
| vs. | ) | **STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| BILL CONRAD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based on the stipulation of the parties,

IT IS HEREBY ORDERED that the status conference scheduled for January 4, 2010 is

continued to February 1, 2010, at 9:00 a.m.

THE COURT FURTHER ORDERS time be excluded under the Speedy Trial Act from

January 4, 2010 to February 1, 2010.  The court finds, based on the aforementioned reasons, that

the ends of justice is served by granting the requested continuance outweigh the best interest of

the public and the defendant in a speedy trial.   The Court therefore concludes that this exclusion

of time should be made under 18 U.S.C. section 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

Dated: December __23__, 2009

_Ronald M. Whyte_
_____
RONALD M. WHYTE
United States Judge
_____